## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re:  Charles M. Baker | CASE NO. 08-62631 |
| Threasa A. Baker | JUDGE JOHN E. HOFFMAN |
| | CHAPTER 13 |
| **Debtors.** | |

### OBJECTION TO CLAIM NO. 18 OF OHIO DEPARTMENT OF TAXATION

Here come the Debtors, Charles M. Baker and Threasa A. Baker, and notify this Court of their objection to Claim No. 18 filed by Ohio Department of Taxation.

This claim purports to be for unpaid sales taxes for the years 2007 and 2008. Debtors opened a farm market on June 1, 2008 and closed it on the same date due to zoning problems. The business did not exist in 2007 and no sales were made on June 1, 2008 or at any other time. Debtors have filed their UST-1 forms with the State of Ohio Department of Taxation showing that their sales were $0.00 and amount due is $0.00.

The Claim No. 18 filed by Ohio Department of Taxation should be accordingly DISALLOWED in its entirety.

Respectfully submitted,

*/s/ Shannon M. Treynor*

Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
Attorney for Debtors

## NOTICE OF OBJECTION TO CLAIM

The Debtors, Charles M. Baker and Threasa A. Baker, have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to claim,** you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to:

> United States Bankruptcy Court
> ATTN: Clerk of Courts
> 170 N. High Street
> Columbus, Ohio 43215

OR your attorney must file a response using the Court's ECF System.

The Court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

| | |
|---|---|
| The Office of the United States Trustee<br>170 N. High Street, Ste. 200<br>Columbus, Ohio 43215 | Charles and Threasa Baker<br>406 Arthur Bradley Road<br>London, Ohio 43140 |
| Frank M. Pees, Trustee<br>130 E. Wilson Bridge Road, Ste. 200<br>Worthington, Ohio 43085 | Shannon M. Treynor, Esq.<br>P.O. Box 735<br>London, Ohio 43140 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim.

Respectfully submitted,

*/s/ Shannon M. Treynor*

---
Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the forgoing document was served via ECF service upon:

Office of the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Frank M. Pees, trustee@ch13.org
Joel K. Jensen, sohbk@lsrlaw.com

and via ordinary U.S. Mail, postage prepaid, this 24th day of July, 2009, upon:

Ohio Department of Taxation
C/O Attorney General's Office
Collection Enforcement
150 E. Gay Street, 21st Floor
Columbus, Ohio 43215

Ohio Department of Taxation
C/O Rebecca Daum
Attorney-Bankruptcy Division
P.O. Box 530
Columbus, Ohio 43216

*/s/ Shannon M. Treynor*
Shannon M. Treynor, Esq.
Attorney for Debtor