**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 25, 2009**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re:   Charles M. Baker, | Case No. 08-62631 |
| Threasa A. Baker, | Judge John E. Hoffman, Jr. |
| Debtors. | Chapter 13 |

### ORDER SUSTAINING DEBTORS' OBJECTION TO
### CLAIM NO. 18
### (RELATED DOC. NOS. 28 AND 33)

This matter comes for consideration upon the Objection of the Debtors to Claim No. 18 as filed by the State of Ohio Department of Taxation.

Upon review of the motion, and finding that there have been no answers nor responsive pleadings filed thereto, the Court finds the objection well-taken and accordingly SUSTAINS the same. The Claim No. 18 as filed by the State of Ohio Department of Taxation is DISALLOWED in its entirety for the reasons set forth in the Debtors' objection.

IT IS SO ORDERED.

Copies to:

Office of the United States Trustee, uspregion09.cb.ecf@usdoj.gov
Frank M. Pees, trustee@ch13.org
Joel K. Jensen, sohbk@lsrlaw.com

Attorney General State of Ohio
30 East Broad Street
Columbus, Ohio 43215

Attorney General State of Ohio
Collections Enforcement
150 E. Gay Street, 21st Floor
Columbus, Ohio 43215

Ohio Department of Taxation
c/o Rebecca Daum
P.O. Box 530
Columbus, Ohio 43216-0530

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

Recovery Management Systems Corporation
25 SE 2nd Avenue, Ste 1120
Miami, FL 33131

# # #